IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HELEN HIZZEL BENITES PINEDA,**   *
                                   *
        **Petitioner,**        *
                                   *
                                               *   **Civil Case No.: SAG-26-00209**
**v.**                             *
                                   *
**KRISTI NOEM,** *et al.***,**     *
                                   *
        **Respondents.**       *
                                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On January 23, 2026, this Court ordered that Petitioner be provided a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d) within ten days of the Petitioner's filing of a motion with the immigration court. ECF 10. On February 6, 2026, the parties filed a Joint Status report, ECF 11, stating that although Petitioner had been scheduled for such a bond hearing, the Immigration Judge refused to conduct it, despite this Court's express order. Accordingly, this Court will GRANT the Petition. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Helen Hizzel Benites Pineda from custody, subject to appropriate conditions including her attendance at a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). The Clerk is directed to CLOSE this case.

Date: February 6, 2026                                                                       /s/
                                                                              Stephanie A. Gallagher
                                                                              United States District Judge